IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 05-44-1 |
| : | CIVIL ACTION No. 11-5077 |
| v. : | |
| : | |
| : | |
| WILLIAM SOSA : | |

**O R D E R**

**AND NOW,** this 28th day of November, 2011, upon consideration of the Pro Se Motion to Vacate Sentence Under 28 U.S.C. §2255 for William Sosa (Doc. No. 933) and Government's Response thereto (Doc. No. 938), and for the reasons set forth in the accompanying Memorandum of this date, the Court denies Mr. Sosa's request for appointment of counsel, denies Mr. Sosa's request for an evidentiary hearing and denies the motion. No certificate of appealability shall issue and the Clerk shall close this file.

BY THE COURT:


/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge