UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION No. 05-044-4 |
| : | CIVIL ACTION No. 11-6632 |
| EDWIN IRIZARRY : | |

**O R D E R**

AND NOW, this 16th day of July, 2012 upon consideration of the Pro Se Motion to Vacate Sentence Under 28 U.S.C. § 2255 (Doc. No. 955 ) and the Government's Response (Doc. No. 967), it is hereby ORDERED that the Motion is DENIED. No certificate of appealability shall issue.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge