## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWIN IRIZARRY,** | : | |
| **Petitioner,** | : | |
| | : | **CIVIL NO. 12-656** |
| **v.** | : | |
| | : | **CRIMINAL NO. 05-044-4** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent.** | : | |
| | : | |

## **O R D E R**

AND NOW, this 9th day of November, 2012, upon consideration of Petitioner's Motion

Pursuant to Rule 59(e) [Doc. No. 975], the Government's opposition thereto [Doc. No. 981], and

Petitioner's reply [Doc. No. 982], and for the reasons discussed in the Memorandum Opinion

entered this day, it is hereby ORDERED that the Motion is DENIED.

It is so ORDERED.

BY THE COURT:


  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE