# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX MELENDEZ, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO. 11-6632 |
| v. | : | |
| | : | CRIMINAL ACTION |
| UNITED STATES OF AMERICA, | : | NO. 05-44-7 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of September, 2013, upon consideration of Petitioner Alex Melendez's § 2255 Motion to Vacate / Set Aside / Correct a Sentence (Doc. No. 939), the Government's Opposition to the Motion (Doc. No. 961), and Mr. Melendez's Reply (Doc. No. 966), it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons set forth in the Court's Memorandum Opinion;

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Melendez's Motion;

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

                                          BY THE COURT:

                                            /s/ Gene E.K. Pratter
                                          GENE E.K. PRATTER
                                          United States District Judge